# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR17-5116BHS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHARLES ANDREW STOCKER, | |
| Defendant. | |

This matter comes before the Court on the Unopposed Defense Motion to Continue Trial Date and Pretrial Motions Due Date. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver makes the following findings of fact and conclusions of law:

1. The defense needs additional time to locate and interview witnesses and conduct an independent investigation of the charges against the Defendant. Defense counsel understands additional discovery may be forthcoming from the government.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation

for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Defendant waived speedy trial through October 31, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from May 16, 2017, to September 5, 2017, at 9:00 a.m. The resulting period of delay from April 19, 2017, to September 5, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than July 21, 2017. Pretrial Conference is set for August 28, 2017, at 3:30 p.m.

Dated this 21st day of April, 2017.

BENJAMIN H. SETTLE
United States District Judge