# EXHIBIT A

**FEDERAL PUBLIC DEFENDER**
Western District of Washington

September 14, 2017

*Sent via Email & U.S. Mail*

Mr. Justin Arnold
Assistant United States Attorney
700 Stewart Street - Suite 5220
Seattle, WA 98101-1271

    Re:  *United States v. Stocker*; CR17-5116 BHS

Dear Mr. Arnold:

    We are writing to request all records related to the allegations contained in your September 12, 2017 "Briefing Addressing Early Release of Confidential Informant Information." This request includes, but is not limited to, a copy of the Internet document in its native format (e.g., Word) so that the defense can analyze the meta-data associated with the file; any raw data and other forensic information that you or other agencies have collected or developed in connection with the investigation of the informant list; and the identities of the individuals listed in Dkt. No. 41 ("A" – "D"), as well as copies of their written and/or recorded statements.

    We also request all evidence in your possession that bears on the veracity of these individuals (noting, for example, that Dkt No. 41 acknowledges that one of these individuals "is a gossip and may have a tendency to embellish facts or make things up"). *See* Dkt, 41 at 4 n. 1.

    Please note that this request is material to the defense even if you expressly disclaim any intent to introduce evidence at trial related to the posting of the informant list. The person who posted this information is likely the individual who is the source of leaks that you attribute to Mr. Stocker. As a result, any discovery that would help us to determine the source of the list is material to potential defenses at trial.

    Please feel free to contact me or Mr. Carpenter if you have any questions about this request.

                                           Sincerely,

                                           Colin Fieman
                                           Assistant Federal Public Defender