JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-5116 BHS |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | (PROPOSED) ORDER GRANTING SECOND MOTION TO COMPEL DISCOVERY |
| CHARLES ANDREW STOCKER, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing, the Court orders as follows:

By November 1, 2017, the Government shall disclose to the defense all reports, records and other evidence related to the United States' Additional Briefing Addressing Early Release of Confidential Informant Information at Dkt. 41, 41-1 (filed under seal). This includes, but is not limited to the following:

1. Any raw data and other forensic information that the Government or other agencies have collected or developed in connection with the investigation of the "Confidential Informant Information";

2. The identities of all individuals listed in Dkt. 41 as Individuals "A" through "D," as well as copies of their written and/or recorded statements; and

3. All evidence in the Government's possession that bears on the veracity of these individuals.

DONE this ___ day of _____, 2017.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:
s / *Colin Fieman*
s/ *John Carpenter*
Attorneys for Charles Stocker

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**