<pre>
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
</pre>

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ANDREW STOCKER,<br><br>Defendant. | NO. CR17-5116BHS<br><br>UNITED STATES' EXHIBIT LIST<br><br>TRIAL SET FOR MARCH 6, 2018 |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Justin W. Arnold and Vincent T. Lombardi, Assistant United States Attorneys, hereby submits the following list of exhibits it may offer during trial. The Government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial. The Government will provide the Court and the defendant with a set of exhibits on the first day of trial.

//
//
//

U.S. Exhibit List - 1
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The United States of America hereby submits this Exhibit List:

| Exhibit # | Description | Offered | Admitted |
|---|---|---|---|
| 1. | Driver's License Photo – Charles Stocker | | |
| 2. | Driver's License Photo – Charles Daniel Bowman | | |
| 3. | Driver's License Photo – Lindsy Spargo | | |
| 4. | Driver's License Photo – Josh McManus | | |
| 5. | Aerial Photo – Aberdeen | | |
| 6. | Aerial Photo – Location of Coastal Print Works | | |
| 7. | Reserved | | |
| 8. | Reserved | | |
| 9. | Reserved | | |
| 10. | Aberdeen Police Department Policy Manual (APD_002665-003226) | | |
| 11. | Aberdeen Police Department Corrections Division Manual (APD_003774 – 003842) | | |
| 12. | Aberdeen Police Department Corrections Officer Job Description (APD_002205 – 002207) | | |
| 13. | Stocker Personal History Statement from Aberdeen Police Department files (APD_000841 – 000852) | | |
| 14. | Stocker Employment Record (APD_002124) | | |
| 15. | Five Day Suspension Sheet (APD_002140) | | |
| 16. | Stocker Oath of Office (APD_002154) | | |
| 17. | Stocker Performance Reviews (APD_002162 - 002163) | | |
| 18. | Stocker Certificate of Completion on Basic Law Enforcement Academy (APD_002189) | | |

U.S. Exhibit List - 2
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit # | Description | Offered | Admitted |
|---|---|---|---|
| 19. | Stocker Department of Corrections Training History (APD_002197 – 002201) | | |
| 20. | Aberdeen County Jail Register for September 2015 (APD_006128 – 006139) | | |
| 21. | Aberdeen County Jail Activity Log for September 3, 2015 (APD_004800) | | |
| 22. | Stocker signed Acknowledgements re: Washington DOC Handbook (Stocker_002599 and Stocker_002602) | | |
| 23. | Stocker Signed Acknowledgment SCCC Policy Directive (Stocker_002598) | | |
| 24. | DOC Stafford Creek Hiring Letter (Stocker_002582) | | |
| 25. | DOC Outside Employment Request Form (Stocker_002594 – 002595) | | |
| 26. | Bowman Booking Sheet dated September 3, 2015 (Stocker_004038) | | |
| 27. | Bowman Booking Sheet showing release by Stocker on November 2, 2015 (medical reasons) (Stocker_004039) | | |
| 28. | Stocker iPhone (Physical) | | |
| 29. | Stocker/Bowman Text Messages from Stocker's iPhone (Cellebrite) | | |
| 30. | Summary chart of text messages between Stocker and Bowman from Stocker's iPhone | | |
| 31. | Lindsy Spargo Facebook Contact from Stocker's iPhone (Cellebrite) | | |
| 32. | February 9, 2016 - Screenshots from Lindsy Spargo's Phone showing Facebook Message from Stocker (Stocker_011977 – 011981) | | |
| 33. | iMessage chat between Stocker and Dyllan Rhodes from Stocker's iPhone (Cellebrite) | | |
| 34. | Summary chart of iMessage chat between Stocker and Dyllan Rhodes from Stocker's iPhone | | |

U.S. Exhibit List - 3
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit # | Description | Offered | Admitted |
|---|---|---|---|
| 35. | iMessage chat between Stocker and Steph from Stocker's iPhone (Cellebrite) | | |
| 36. | Summary chart of iMessage chat between Stocker and Steph from Stocker's iPhone | | |
| 37. | iMessage chat between Stocker and Drew Stocker from Stocker's iPhone (Cellebrite) | | |
| 38. | Summary chart of iMessage chat between Stocker and Drew Stocker from Stocker's iPhone | | |
| 39. | Photographs of Alley and Parking Garage (Stocker_003983 – 003998) | | |
| 40. | Bag Photos (Stocker_002538 – 002541) | | |
| 41. | Search Photo – 115 Florence Lane, Cosmopolis (Stocker_002401) | | |
| 42. | Search Photos – Coastal Print Works (Stocker_002422, 002425, 002452, 002457-002461, 002465, 002478-002480, 002499-002500, 002522-002523) | | |
| 43. | APD Jail Log for November 2, 2015 showing Bowman's release from Aberdeen City Jail (APD 4852) | | |
| 44. | Bowman Booking Sheet showing booked into Aberdeen City Jail by Stocker on November 16, 2015 and released on December 3, 2015 (Stocker 9881) | | |
| 45. | APD Jail Log for November 16, 2015 Showing Bowman booked into Aberdeen City Jail (APD 4864) | | |
| 46. | Bowman Booking Sheet showing booked into Aberdeen City Jail on December 3, 2015 (Stocker 9879) | | |
| 47. | APD Jail Log for December 3, 2015 showing Bowman's release from and rebooking into Aberdeen City Jail (APD 4878-4879) | | |
| 48. | Bowman Booking Sheet showing release on December 7, 2015 (Stocker 9878) | | |
| 49. | APD Jail Log for December 7, 2015 showing Bowman's release (APD 4883) | | |

U.S. Exhibit List - 4
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit # | Description | Offered | Admitted |
|---|---|---|---|
| 50. | APD Jail Log for December 9, 2015 showing Bowman was booked back into Aberdeen City Jail (APD 4885) | | |
| 51. | APD Jail Log for December 20, 2015 showing Bowman was released from Aberdeen City Jail by Stocker (APD 4896) | | |
| 52. | APD Jail Log for January 2, 2016 showing Bowman was booked back into the Aberdeen City Jail (APD 4905) | | |
| 53. | APD Jail Log for January 4, 2016 showing Bowman was rebooked after apparently being furloughed by Stocker earlier that day (APD 4907) | | |
| 54. | Bowman Contact from Stocker's iPhone (Cellebrite) | | |
| 55. | APD Jail Log for February 4-6, 2016 Showing McManus booked into Aberdeen City Jail on February 4, 2016, showing Stocker next reported for work on February 6, 2016, at 2:30 p.m. (APD 4934 to 4936) | | |
| 56. | APD Jail Log for February 9, 2016, showing McManus was released from Aberdeen City Jail to Washington Department of Corrections at 8:30 a.m. (APD 4939) | | |
| 57. | APD Jail Register for January 2016, showing Bates was booked and released January 5-6, 2016, and January 30 – February 19, 2016 (APD 6178 and 6188) | | |
| 58. | FBI FD-395 – Advice of Rights form signed by Stocker (no bates but between Stocker 227 and 228) | | |
| 59. | Stocker Resignation Letter dated February 22, 2017 (FBI 149) | | |
| 60. | January 19, 2016 text message from Stocker to Captain Dave Johnson (Cellebrite) | | |
| 61. | Summary chart of January 19, 2016 text message from Stocker to Captain Dave Johnson | | |

U.S. Exhibit List - 5
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit # | Description | Offered | Admitted |
|---|---|---|---|
| 62. | Summary chart of phone contacts between Stocker's phone number and phone numbers used by Bowman | | |
| | | | |
| | *Audio Recordings* | | |
| 100. | January 30, 2016 Full Jail Call Bowman and Spargo | | |
| 101. | January 30, 2016 Excerpt of Jail Call | | |
| 102. | Transcript of Excerpt of Jail Call on January 30, 2016 (Stocker_011992 - 011993) | | |
| 103. | February 17, 2016 Jail Call Bowman and McManus | | |
| 104. | Transcript of Jail Call on February 17, 2016 (Stocker_012103 - 012106) | | |
| 105. | July 8, 2016 FBI Monitored Call Bowman and Stocker | | |
| 106. | Transcript of FBI Monitored Call on July 8, 2016 (Stocker_011999 – 012002) | | |
| 107. | July 8, 2016 FBI Monitored Call Bowman and Stocker | | |
| 108. | Transcript of FBI Monitored Call on July 8, 2016 (Stocker_012003 – 012006) | | |
| 109. | July 11, 2016 FBI Monitored Call Bowman and Stocker | | |
| 110. | Transcript of FBI Monitored call on July 11, 2016 (Stocker_011996 – 011998) | | |
| 111. | July 11, 2016 Full Recording in Person meet between Bowman and Stocker | | |
| 112. | Recording Excerpt of Ex. 111 – 13:45 – 25:00 (Meet Recording) | | |
| 113. | Transcript of Exhibit 112 on July 11, 2016 (Stocker_012087 – 012102) | | |
| 114. | Excerpt of Ex. 112 – 14:21 – 14:32 | | |
| 115. | Excerpt of Ex. 112 – 14:50 – 15:40 | | |

U.S. Exhibit List - 6
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit # | Description | Offered | Admitted |
|---|---|---|---|
| 116. | Excerpt of Ex. 112 – 16:15 – 17:48 | | |
| 117. | Excerpt of Ex. 112 – 19:16 – 20:11 | | |
| 118. | Excerpt of Ex. 112 – 22:23 – 23:11 | | |
| 119. | July 20, 2016 In Person Recording - Bowman and Stocker (Bag Drop) | | |
| 120. | Transcript of In Person Recording (Stocker_011994 – 011995) | | |
| 121. | July 20, 2016 FBI Recording of Stocker Interview | | |
| 122. | Transcript of Stocker Interview on July 20, 2016 (Stocker_012007 – 012086) | | |
| 123. | Excerpt of Ex. 121 – 1:03 – 1:14 | | |
| 124. | Excerpt of Ex. 121– 2:20 – 3:17 | | |
| 125. | Excerpt of Ex. 121– 4:54 – 5:16 | | |
| 126. | Excerpt of Ex. 121– 8:42 – 9:50 | | |
| 127. | Excerpt of Ex. 121– 12:55 – 13:57 | | |
| 128. | Excerpt of Ex. 121– 14:55 – 15:10 | | |
| 129. | Excerpt of Ex. 121– 26:15 – 27:30 | | |
| 130. | Excerpt of Ex. 121– 28:08 – 28:55 | | |
| 131. | Excerpt of Ex. 121– 34:44 – 35:13 | | |
| 132. | Excerpt of Ex. 121– 37:35 – 38:13 | | |
| 133. | Excerpt of Ex. 121– 38:38 – 39:06 | | |
| 134. | Excerpt of Ex. 121– 40:38 – 40:50 | | |
| 135. | Excerpt of Ex. 121– 46:48 – 47:00 | | |
| 136. | August 2, 2016 FBI Recording of Josh McManus Interview | | |

U.S. Exhibit List - 7
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 20th day of February, 2018. |
| 2 | Respectfully submitted, |
| 3 | ANNETTE L. HAYES |
| 4 | United States Attorney |
| 5 | */s/ Justin Arnold* |
| 6 | JUSTIN ARNOLD |
| | VINCENT T. LOMBARDI |
| 7 | Assistant United States Attorneys |
| 8 | 700 Stewart Street, Suite 5220 |
| | Seattle, Washington 98101 |
| 9 | Phone: 206-553-5558 |
| 10 | E-mail: Justin.arnold@usdoj.gov |

U.S. Exhibit List - 8
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/Karen Wolgamuth*
KAREN WOLGAMUTH
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5050
FAX:   (206) 553-4440
E-mail: karen.wolgamuth@usdoj.gov

U.S. Exhibit List - 9
*United States v. Stocker*, CR17-5116BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970