UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ANDREW STOCKER,<br><br>Defendant. | CASE NO. CR17-5116BHS<br><br>LIST OF EXHIBITS<br>ADMITTED AT TRIAL |

| EXH | DESCRIPTION | Admitted |
|---|---|---|
| 2 | Driver's License Photo – Charles Daniel Bowman | 3/6/2018 |
| 3 | Driver's License Photo – Lindsy Spargo | 3/6/2018 |
| 5 | Aerial Photo – Aberdeen | 3/7/2018 |
| 6 | Aerial Photo – Location of Coastal Print Works | 3/8/2018 |
| 10 | Aberdeen Police Department Policy Manual 10.001, 10.165-173, 10.373-376 | 3/7/2018 |
| 11 | Aberdeen Police Department Corrections Division Manual 11.001, 11.022, 11.041-042 | 3/7/2018 |
| 12 | Aberdeen Police Department Corrections Officer Job Description | 3/7/2018 |
| 16 | Stocker Oath of Office | 3/7/2018 |
| 20 | Aberdeen County Jail Register for September 2015 | 3/7/2018 |
| 21 | Aberdeen County Jail Activity Log for September 3, 2015 | 3/7/2018 |
| 28 | Stocker iPhone | 3/8/2018 |
| 30 | Summary chart of text messages between Stocker and Bowman from Stocker's iPhone | 3/7/2018 |
| 31 | Lindsy Spargo Facebook Contact from Stocker's iPhone | 3/8/2018 |
| 32 | February 9, 2016 - Screenshots from Lindsy Spargo's Phone showing Facebook Message | 3/8/2018 |
| 39 | Photographs of Alley and Parking Garage | 3/7/2018 |
| 40 | Bag Photos | 3/6/2018 |
| 42 | Search Photos – Coastal Print Works | 3/7/2018 |
| 43 | APD Jail Log for November 2, 2015 | 3/7/2018 |
| 45 | APD Jail Log for November 16, 2015 | 3/7/2018 |
| 47 | APD Jail Log for December 3, 2015 | 3/7/2018 |
| 49 | APD Jail Log for December 7, 2015 | 3/7/2018 |
| 50 | APD Jail Log for December 9, 2015 | 3/7/2018 |
| 51 | APD Jail Log for December 20, 2015 | 3/7/2018 |
| 52 | APD Jail Log for January 2, 2016 | 3/7/2018 |
| 53 | APD Jail Log for January 4, 2016 | 3/7/2018 |

| EXH | DESCRIPTION | Admitted |
|---|---|---|
| 54 | Bowman Contact from Stocker's iPhone | 3/8/2018 |
| 58 | FBI FD-395 – Advice of Rights form signed by Stocker | 3/8/2018 |
| 59 | Stocker Resignation Letter dated February 22, 2017 | 3/7/2018 |
| 60 | January 19, 2016 text message from Stocker to Captain Dave Johnson | 3/7/2018 |
| 61 | Summary chart of January 19, 2016 text message from Stocker to Captain Dave Johnson | 3/7/2018 |
| 62 | Summary chart of phone contacts between Stocker's phone number and phone numbers used by Bowman | 3/7/2018 |
| 63 | APD Emails April 2015 | 3/7/2018 |
| 101 | January 30, 2016 Excerpt of Jail Call | 3/6/2018 |
| 105 | July 8, 2016 FBI Monitored Call Bowman and Stocker | 3/7/2018 |
| 107 | July 8, 2016 FBI Monitored Call Bowman and Stocker | 3/7/2018 |
| 109 | July 11, 2016 FBI Monitored Call Bowman and Stocker | 3/7/2018 |
| 112 | Recording Excerpt | 3/7/2018 |
| 119 | July 20, 2016 In Person Recording - Bowman and Stocker | 3/8/2018 |
| 141 | July 20, 2016 Audio Recording Schroff interview of Stocker | 3/8/2018 |
| | | |
| A-26 | Photos of Courthouse/Jail Steps | 3/9/2018 |
| A-38 | Cellbrite Extraction Stocker/Bowman SMS Messages | 3/8/2018 |
| A-60 | 011908 Texts Schroff and Bowman | 3/9/2018 |
| A-63 | Cliff Schroff Notes | 3/9/2018 |
| A-84 | Chronos Notes<br>A-84.8, A-84.9 | 3/12/2018 |
| A-120a | August, 30, 2017 Audio recording of call between Bowman and Spargo | 3/12/2018 |