# EXHIBIT A



FD-1087 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Collected Item Log**

**Event Title:** (U) Search of Safes and Phone at    **Date:** 07/22/2016
Coastal Print Works

**Approved By:** SUPV D. A. Treat

**Drafted By:** Richard Clifton Schroff

**Case ID #:** [redacted]   (U) Charles Andrew Stocker;
Aberdeen, WA;
Corruption of St. and Local officials
and LE - Drug Rel.

**Full Investigation Initiated:** 04/01/2016

**Enclosure(s):** Enclosed are the following items:
1. (U) Business FD-886 (Log)
2. (U) Business FD-597 (Receipt)
3. (U) Business Photo Log
4. (U) Business Sketch
5. (U) Original DVD of Search Photos

**Collected From:**  Andy Stocker

**Receipt Given?:** Yes

**Holding Office:** SEATTLE

**Details:**

On 7/20/2016, a search warrant issued by U.S. Magistrate Judge J.
Richard Creatura in the U.S. District Court for the Western District of
Washington was executed at Coastal Print Works, 110 E. Wishkah Street,
Aberdeen, Washington. The warrant was for evidence, contraband, or
instrumentalities of violations of 21 U.S.C. § 846 and 21 U.S.C. §
841(a)(1) which may be located within any safe located at that
location, as well as the cell phone assigned telephone number
[redacted]1088 and in use by Andy Stocker.

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED

Title:  (U) Search of Safes and Phone at Coastal Print Works
Re:  ████████████, 07/22/2016


   An FD-302 documenting the conduct of that search is located
elsewhere in this case file. Within this evidence log is documented the
items seized and all search documents used in the conduct of that
search.

   For item 4 of this log, the "flash cash" was removed from the bag
for return to the FBI as it was FBI provided funds. The "bunk meth" was
removed from the bag and entered as its own evidence item. On this
evidence log, there is no receipt number associated with the "bunk
meth" as it was not on the receipt left with Stocker.

| Item Type | Description |
| --- | --- |
| 1B Valuable | (U) U.S. Currency $840, assorted bills<br>Collected On:  07/20/2016 08:15 PM EDT<br>Receipt Number:  1<br>Seizing Individual:  CROKE JEREMIAH<br>Collected By:  FAIVRE NICOLE ELIZABETH<br>Location Area:  Toyota Truck<br>Specific Location:  Center cup holder<br>Valuable Type:  Cash - US Currency<br>US Dollar Value:  $840<br>Dye Pack:  No<br>Confirmed Counterfeit:  No<br>Mutilated Currency:  No<br>Is more than 51% of the bill intact?:  No |
| 1B Digital | (U) Phone in Blue Green Case<br>Collected On:  07/20/2016 08:15 PM EDT<br>Receipt Number:  2<br>Seizing Individual:  CROKE JEREMIAH<br>Collected By:  Richard Clifton Schroff<br>Location Area:  Coastal Print Works<br>Specific Location:  On Counter<br>Device Type:  Cell Phone<br>Number of Devices Collected:  1 |

UNCLASSIFIED

Stocker_000148

**UNCLASSIFIED**

Title:  (U) Search of Safes and Phone at Coastal Print Works
Re:  ▢▢▢▢▢▢▢▢, 07/22/2016


1B Valuable          (U) Cash in Small black safe
                     Collected On:  07/20/2016 08:15 PM EDT
                     Receipt Number:  3
                     Seizing Individual:  CROKE JEREMIAH
                     Collected By:  CROKE JEREMIAH
                     Location Area:  Large Safe
                     Specific Location:  Bottom
                     Valuable Type:  Cash - US Currency
                     US Dollar Value:  $5835
                     Dye Pack:  No
                     Confirmed Counterfeit:  No
                     Mutilated Currency:  No
                     Is more than 51% of the bill intact?:  No


1B General           (U) Green Embark Bag w/ flash cash and tupperware w/
                     bunk meth
                     Collected On:  07/20/2016 08:15 PM EDT
                     Receipt Number:  4
                     Seizing Individual:  CROKE JEREMIAH
                     Collected By:  DEAVER JOSEPH C
                     Location Area:  In back room
                     Specific Location:  On shelf


1B General           (U) Bunk Meth
                     Collected On:  07/21/2016 12:00 PM EDT
                     Seizing Individual:  CROKE JEREMIAH
                     Collected By:  DEAVER JOSEPH C
                     Location Area:  In back room
                     Specific Location:  On shelf



♦♦

**UNCLASSIFIED**

3

Stocker_000149

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __07/20/2016__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __Andy Stocker__

(Street Address) __110 E Wishkah__

(City) __Aberdeen, WA__

Description of Item(s): _____

- US Currency $840, Assorted Bills
- Phone in Blue Green Case
- Cash in small black safe
- Green Embark Bag w/ flash Cash : Tupperware w/ bunk meth

Nothing Follows

Received By: _Andrew A. Stock_ (Signature)

Received From: _SA Richard Schroff_ (Signature)

Stocker_000151

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date)  7/20/2016 _____

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name)  Charles Stocker _____

(Street Address) _____

(City)  Cosmopolis, WA _____

Description of Item(s): _____

$1,230 U.S. Dollars
(3 x $10, 50 x $20, 2 x $100)

Received By: _____   Received From: _____
(Signature)                                                    (Signature)

Stocker_000167