The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ANDREW STOCKER,<br><br>Defendant. | NO. CR17-5116 BHS<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY** |

The Government files this response to defendant Stocker's Motion to Return Property filed on April 19, 2018.  Dkt. 200.  On Friday, April 20, 2018, AUSA Arnold spoke with Special Agent Richard Schroff concerning this matter.  At that time, Agent Schroff said that he had gathered Mr. Stocker's property and given it to the FBI's evidence room to be sent to the FBI office in Las Vegas, Nevada, pursuant to Mr. Stocker's request.  According to Agent Schroff, the evidence room said they would put the material into the mail today, Monday, April 23, 2018, so that it would not sit over the

//

//

Response to Defendant's Motion to Return Property
*United States v. Stocker,* CR17-5116 BHS - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

weekend in an unsecure facility.  Thus, the Court should deny the defendant's Motion as moot.

DATED this 23rd day of April, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Justin W. Arnold*
JUSTIN W. ARNOLD
VINCENT T. LOMBARDI
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: 206-553-5558
E-mail: Justin.Arnold@usdoj.gov
             Vince.Lombardi@usdoj.gov

Response to Defendant's Motion to Return Property
*United States v. Stocker,* CR17-5116 BHS -  Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

/s/ Lissette Duran
LISSETTE DURAN
Paralegal Specialist
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: 206-553-7234
Fax: 206-553-2502
E-mail: Lissette.I.Duran@usdoj.gov

Response to Defendant's Motion to Return Property
*United States v. Stocker,* CR17-5116 BHS - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970