UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES ANDREW STOCKER, <br><br> Defendant. | No. CR17-5116BHS <br><br> ORDER GRANTING DEFENDANT'S MOTION TO DISMISS MOTION FOR RETURN OF PROPERTY |

Based on the Defendant's Motion to Dismiss Motion for Return of Property as moot,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Return of Property [dkt. 200] is hereby dismissed as moot.

DONE this 2nd day of May, 2018.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Colin Fieman*
Attorney for Defendant

ORDER GRANTING DEFENDANT'S MOTION TO
DISMISS MOTION FOR RETURN OF PROPERTY
(*United States v. Stocker; CR17-5116BHS*) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**